

## NUMBER 13-14-00245-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

HECTOR VARGAS HERNANDEZ,                                      Appellant,

v.

THE STATE OF TEXAS,                                            Appellee.

### On appeal from the 103rd District Court
### of Cameron County, Texas.

## ORDER OF ABATEMENT

### Before Justices Rodriguez, Garza, and Longoria
### Order Per Curiam

On November 7, 2014, this Court granted appellant's motion to extend time to prepare and file his brief. Appellant had requested that this Court grant a 60 day extension to allow appellant's family time to obtain funds to pay the remaining fee for the reporter's record. Accordingly, we granted appellant's motion and abated this appeal,

stating that the appeal would be reinstated upon receipt of the reporter's record and further order of this Court.

As of the date that this order was prepared, the court reporter has notified us that she still has not received the full balance of the funds due for preparation of the court reporter's record. More than seven months have passed since we abated this appeal. This sequence of events requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See* TEX. R. APP. P. 37.3(a)(1). Accordingly, this appeal continues to be ABATED and the cause REMANDED to the trial court.

Upon remand, the trial court shall utilize whatever means necessary to make appropriate findings and recommendations concerning the following: (1) whether appellant has abandoned his appeal or whether appellant desires to prosecute this appeal; (2) whether appellant is indigent; (3) whether appellant is entitled to a free appellate record due to indigency; and (4) whether appellant is entitled to appointed counsel. The trial court shall also consider if any other orders are necessary to ensure the proper and timely pursuit of appellant's appeal. If the trial court determines that appellant does want to continue the appeal and that appellant is indigent and entitled to court-appointed counsel, the trial court shall appoint counsel to represent appellant in this appeal. If counsel is appointed, the name, address, telephone number, email address, and state bar number of the appointed counsel shall be included in any order of appointment.

The trial court shall cause its findings and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental

clerk's record and shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and reporter's record, if any, shall be filed with the Clerk of this Court on or before the expiration of thirty days from the date of this order.

It is so ORDERED.

PER CURIAM

Do not publish.
Tex. R. App. P. 47.2(b).

Delivered and filed the
8th day of July, 2015.